IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES E. PORTER,**

    **Petitioner,**

v.                                      **CASE NO. 5:13-cv-348-RS-EMT**

**N.C. ENGLISH WARDEN,**

    **Respondent.**
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 15) and Petitioner's Objections (Doc. 17). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

3. The clerk is directed to close this case.

**ORDERED** on March 27, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**